PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ZEHENTBAUER FAMILY LAND LP, *et al.*, | CASE NO. 4:19CV2434 |
| Plaintiffs, | |
| | JUDGE BENITA Y. PEARSON |
| v. | |
| EAP OHIO, LLC, *et al.*, | |
| | **ORDER OF DISMISSAL** |
| Defendants. | [Resolving ECF No. 21] |

Pending is Plaintiffs' Motion for Leave to Voluntarily Dismiss the Complaint Without Prejudice (ECF No. 21). Defendants EAP Ohio, LLC, EAP Operating LLC, Encino Acquisition Partner Holdings, LLC, and Encino Energy, LLC do not oppose the motion. *See* Response (ECF No. 23).

For good cause shown, the motion is granted. The within matter is dismissed without prejudice and otherwise than upon the merits pursuant to Fed. R. Civ. P. 41(a)(2). Each party to bear its own costs.

The continued Telephonic Case Management Conference set for tomorrow, April 22, 2020, is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
| April 21, 2020 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |